JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENG ZIMRI MORENO HERNANDEZ,<br><br>Petitioner,<br><br>vs.<br><br>TIM ROBBINS, et al.<br><br>Respondents. | CASE NO. 5:26-cv-01907-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

The Clerk of Court is directed to close this case.

DATED: <u>May 5, 2026</u>

_____
HON. STEVE KIM
United States Magistrate Judge